THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MICHAEL NEMO, Appellant.

*Crimes — extortion — judgment of conviction affirmed.*

*People* v. *Nemo,* 215 App. Div. 896, affirmed.
(Argued June 3, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 18, 1925, which affirmed a judgment of the Richmond County Court convicting the defendant of the crime of extortion.

*Alfred V. Norton* for appellant.

*Albert C. Fach, District Attorney (Lester L. Callan* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.